Dass v Dormitory Auth. of the State of N.Y. (2023 NY Slip Op 05536)

Dass v Dormitory Auth. of the State of N.Y.

2023 NY Slip Op 05536

Decided on November 02, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 02, 2023

Before: Oing, J.P., Moulton, González, Shulman, JJ. 

Index No. 23921/18E Appeal No. 969 Case No. 2023-01602 

[*1]Krishna Dass et al., Plaintiffs-Appellants,
v
The Dormitory Authority of the State of New York, Defendant-Respondent.

Law Office of Todd J. Krouner, P.C., Chappaqua (Christopher W. Dennis of counsel), for appellants.
Newman Myers Kreines Harris, P.C., New York (Matthew D. Lavoie of counsel), for respondent.

Order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered on or about January 23, 2023, which denied plaintiffs' motion to strike defendant's answer, unanimously affirmed, without costs.
The court providently exercised its discretion in denying plaintiffs' motion. Defendant Dormitory Authority of the State of New York (DASNY)'s failure to provide all the documents requested by plaintiffs was not willful and contumacious. Among other things, DASNY produced a Jackson affidavit and made available dozens of boxes for plaintiffs' review. Plaintiffs' claimed injuries occurred at a CUNY college. As DASNY explained, it surrenders all control and possession to CUNY once a building is completed (see Matter of Bento v Dormitory Auth. of the State of N.Y., 188 AD3d 516, 516 [1st Dept 2020]; Garcia v Dormitory Auth. of State of N.Y., 195 AD2d 288, 289 [1st Dept 1993]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 2, 2023